IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROMA PRESLEY, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF JOSHUA WAYNE HARVEY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF TULSA, a municipal corporation; NIGEL HARRIS, individually; STEVEN DOUGLAS, individually; JAYE TAYLOR, individually; PATRICK DUNLAP, individually; CHARLES JORDAN, individually, AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC., a foreign corporation;<br><br>　　　　　Defendants. | Case No.: 20-CV-00387-JFH-CDL |

## ORDER

This matter comes before the Court, by referral of the District Judge, on the Unopposed Application (Doc. 29) for Writ of Assistance of Defendant City of Tulsa, defendants Harris, Douglas, Taylor, Dunlap, and Jordan and at the request of the Office of the Chief Medical Examiner, State of Oklahoma, that an Order be entered directing the Office of the Chief Medical Examiner to produce and permit inspection and copying of all documents in the Medical Examiner Case File, including but not limited to an allocation of the tissue and blood samples, recuts of the microscopic slides, and

1

photographs if applicable concerning the death of Joshua Wayne Harvey, with the exception of those documents to which the Medical Examiner claims a privilege and/or is prohibited by statute from producing. The defendants request that said samples be produced on or before fourteen (14) business days after receipt by the Office of Chief Medical Examiner of a certified copy of this Order, and as provided by State Statutes, including costs to the requesting party. The parties agree that any and all Subpoenas, Motions, or Orders in the above-captioned lawsuit pending before this Court in which the Office of the Chief Medical Examiner is an interested party shall be rendered moot by this Order.

Upon consideration of the Unopposed Application, the lack of objection of any party to this action and lack of objection by the Chief Medical Examiner, the Court finds and concludes that good cause has been shown in support of the Unopposed Application (Doc. 29) and that it should be, and it is hereby, **granted**, as follows:

1. The Office of the Chief Medical Examiner of Oklahoma is directed to produce and permit inspection and copying of all documents in the Medical Examiner Case File, including but not limited to an allocation of the tissue and blood samples, recuts of the microscopic slides, and photographs if applicable concerning the death of Joshua Wayne Harvey, with the exception of those documents which the Medical Examiner claims a privilege and/or is prohibited by law or statute from producing.

2. The documents referenced in paragraph 1 shall be produced on or before fourteen (14) business days after receipt by the Office of Chief Medical Examiner of a

certified copy of this Order, with costs to be paid by the requesting party as provided by Okla. Stat. tit. 63, §§ 939 and/or 949, and released and delivered to: T. Michelle McGrew, Senior Assistant City Attorney for the City of Tulsa and Defendants Douglas, Harris, Dunlap, Taylor and Jordan, at City Hall, One Technology Center, 175 East Second Street, Suite 685, Tulsa, OK 74103.

3. Upon receipt of material from the Medical Examiner, City of Tulsa shall make arrangements for serving on Plaintiff's counsel a complete copy of all material received pursuant to this order.

4. All Subpoenas, Motions, and Orders in the above-captioned lawsuit pending before this Court in which the Office of the Chief Medical Examiner of Oklahoma is an interested party shall be considered moot by this Order.

**IT IS SO ORDERED** this 28th day of January, 2021.

*Christine D. Little*
Christine D. Little
United States Magistrate Judge