## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Roma Presley,

                                    Plaintiff,

vs.

City of Tulsa, *et al.*,

                                    Defendant(s).

Case No.:     20-cv-387-JFH-CDL


**SETTLEMENT CONFERENCE REPORT**

On 1/25/2022, a Settlement Conference was held in the captioned matter.

☒     The litigation was settled.
Within **20** days of the date hereof, the Plaintiff and Defendants shall file a stipulation of dismissal as to Defendants Charles Jordan, Nigel Harris, Steven Douglas, Jaye Taylor, and Patrick Dunlap.

Within **60** days of the date hereof, the parties shall file a Journal Entry of Judgment as to Defendant City of Tulsa.

☐     The litigation was not settled.

☐     Settlement negotiations are pending.   The parties are to phone the undersigned by         on                      .

DATED:   1/25/2022

_____
Jodi F. Jayne, U.S. Magistrate Judge