# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROMA PRESLEY, as Special Administrator for the Estate of Joshua Wayne Harvey, | |
| Plaintiff, | |
| v. | 20-CV-387-JFH-CDL |
| CITY OF TULSA, et al. | |
| Defendants. | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice to re-filing as it relates to Defendants Nigel Harris, individually, Steven Douglas, individually, Jaye Taylor, individually, Patrick Dunlap, individually, and Charles Jordan, individually. Each party shall be responsible for their own attorney fees and costs.

[Signature blocks on following page].

Respectfully submitted,

| | |
|---|---|
| s/ Jeffrey C. Hendrickson<br>Robert S. Lafferrandre, OBA #11897<br>Randall J. Wood, OBA #10531<br>Jeffrey C. Hendrickson, OBA #32798<br>PIERCE COUCH HENDRICKSON<br>BAYSINGER & GREEN, L.L.P.<br>1109 North Francis Avenue<br>Oklahoma City, Oklahoma 73106<br>Telephone: (405) 235-1611<br>Facsimile: (405) 235-2904<br>rlafferrandre@piercecouch.com<br>rwood@piercecouch.com<br>jhendrickson@piercecouch.com<br><br>*Attorney for Defendants*<br>*City of Tulsa and Charles Jordan*<br><br>s/ Scott B. Wood<br>Scott B. Wood, OBA #12536<br>WOOD PUHL & WOOD, P.L.L.C.<br>2409 East Skelly Drive, Suite 200<br>Tulsa, Oklahoma 74105<br>Telephone: (918) 742-0808<br>Facsimile: (918) 742-0812<br>okcoplaw@aol.com<br><br>*Attorney for Defendants Nigel Harris, Steven*<br>*Douglas, Jaye Taylor, and Patrick Dunlap* | s/ Damario Solomon-Simmons<br>Damario Solomon-Simmons, OBA #20340<br>Kymberli J. Heckenkemper, OBA #33524<br>SOLOMONSIMMONS LAW, PLLC<br>601 South Boulder Avenue, Suite 600<br>Tulsa, Oklahoma 74119<br>dss@solomonsimmons.com<br>kheckenkemper@solomonsimmons.com<br><br>- and –<br><br>J. Spencer Bryan, OBA #19419<br>Steven J. Terrill, OBA #20869<br>BRYAN & TERRILL LAW, PLLC<br>9 East Fourth Street, Suite 307<br>Tulsa, Oklahoma 74103<br>jsbryan@bryanterrill.com<br>sjterrill@bryanterril.com<br><br>- and –<br><br>Cordal Cephas, OBA #33857<br>JOHNSON \| CEPHAS LAW, PLLC<br>3939 South Harvard Avenue, Suite 100<br>Tulsa, Oklahoma 74135<br>cordal@johnsoncephaslaw.com<br><br>*Attorneys for Plaintiff Roma Presley* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022, I transmitted via electronic mail and U.S. mail the attached document and all exhibits referenced therein to the following counsel of record:

| | |
|---|---|
| Cordal Cephas | cordal@johnsoncephaslaw.com |
| Damario Solomon-Simmons | dss@solomonsimmons.com |
| John Spencer Bryan | jsbryan@bryanterrill.com |
| Kymberli Heckenkemper | kheckenkemper@solomonsimmons.com |
| Steven James Terrill | sjterrill@bryanterrill.com |
| Scott B. Wood | okcoplaw@aol.com |
| Lindsey E. Albers | lalbers@rhodesokla.com |
| Nathan Edward Clark | nclarkcourts@rhodesokla.com |

s/ Jeffrey C. Hendrickson
Jeffrey C. Hendrickson